ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Continental 332 Fund LLC et al,

Plaintiff(s),

v.

Albertelli et al,

Defendant(s).

Case No.  19 C 5060
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐      in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒      other: Judgment entered in favor of respondents, Builtech Construction, Inc., and against Defendant Westcore Construction, LLC, awarding fees and expenses to Builtech Construction, Inc. in the amount of $6,603.76.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:   8/28/2019           Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk